UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:10-MJ-1235-1

| | |
|---|---|
| United States Of America ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| Michael James Lawrence ) | |

On August 11, 2011, Michael James Lawrence appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. § 641, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on May 16, 2012, the court finds as a fact that Michael James Lawrence, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 90 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 16th day of May, 2012.

Robert B. Jones, Jr.
U.S. Magistrate Judge